United States District Court For The Middle District Of Florida

**Carlos Ortiz and Victor Valerio vs. Metters, Inc. d/b/a Metters Industries, Inc.**

6:17-CV-01879-ORL-40-DCI

## Affidavit of Service

Received by Orange Legal on the _5TH_ day of _JANUARY, 2018_ at _1:33_ PM/~~AM~~ to be served upon **Samuel Metters** at ~~8200 Greensboro Drive Suite 800 McLean VA 22102~~ _1408 NORTH MEADE ST., ARLINGTON, VA_

On the _19TH_ day of _JANUARY, 2018_ at _2:43_ PM/~~AM~~ I, _MARK SIMONS_,

**SERVED** the within named defendant at _____

_____ in the manner indicated below:

( ) **INDIVIDUAL SERVICE**, by personally delivering a copy of the below-listed documents to the named Defendant.

(✓) **SUBSTITUTE SERVICE**, by leaving a copy of the below-listed documents at his/her usual place of abode with

_KIM METTERS_ (NAME), as _DAUGHTER_ (RELATIONSHIP) :a person residing therein of suitable age and discretion who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

( ) **CORPORATE SERVICE**, by personally leaving a copy of the below-listed documents with

_____(NAME) _____(TITLE) a person authorized to accept service and informed the person of the contents thereof.

Documents to be served: _SUMMONS, COMPLAINT AND CIVIL COVER SHEET_

450101

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:

Race _W_ Age _60_ Sex _F_ Height _5'8"_ Weight _130_ Hair _Brown_ Glasses (Y) or N

I, being first duly sworn on oath, depose and state: I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME: _MARK SIMONS_ _____ _____ _1/19/18_
       Print                Signature      Server ID #      Date

State of _Virginia_ County of _Fairfax_

Sworn and subscribed before me on this _19th_ day of _January_ ,20_18_ by the Affiant who is personally known to me.

_____
Notary Public

SUSAN R. SIMONS
NOTARY PUBLIC
REG # 105386
MY COMMISSION EXPIRES
5/31/2021
COMMONWEALTH OF VIRGINIA