# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CARLOS ORTIZ and VICTOR VALERIO,**

       **Plaintiffs,**

**v.**                                      **Case No: 6:17-cv-1879-Orl-40DCI**

**METTERS INC., SAMUEL METTERS and METTERS INDUSTRIES, INC.,**

       **Defendants.**

## ORDER

This cause comes before the Court for consideration with oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR CLERK'S DEFAULT AGAINST CORPORATE DEFENDANTS (Doc. 12)** |
| **FILED:** | **February 8, 2018** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR CLERK'S DEFAULT AGAINST SAMUEL METTERS (Doc. 15)** |
| **FILED:** | **February 12, 2018** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

On February 16, 2018, the Court held a telephonic hearing on Plaintiffs' motions for clerk's default against the corporate defendants (Doc. 12) and Samuel Metters (Doc. 15). As stated on the record during the hearing, it is **ORDERED** that:

1. Plaintiffs' motion for clerk's default against Metters Inc. and Metters Industries, Inc. (Doc. 12) is **DENIED**;

2. **On or before February 23, 2018**, Plaintiffs shall obtain summons as to Metters Inc. and Metters Industries, Inc.;

3. **On or before March 23, 2018**, Plaintiff shall serve Metters Inc. and Metters Industries, Inc., pursuant to Federal Rule of Civil Procedure 4;

4. Plaintiffs' motion for clerk's default against Samuel Metters (Doc. 15) is **GRANTED**; and

5. The Clerk is directed to enter default against Samuel Metters.

**DONE** and **ORDERED** in Orlando, Florida on February 16, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties