UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CARLOS ORTIZ and VICTOR VALERIO,**

      **Plaintiffs,**

**v.**                                           **Case No: 6:17-cv-1879-Orl-40DCI**

**METTERS INC., SAMUEL METTERS and METTERS INDUSTRIES, INC.,**

      **Defendants.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **SAMUEL METTERS** in Orlando, Florida on the 20th day of February, 2018.

                                                  ELIZABETH M. WARREN, CLERK
                                                     s/D. Aldana, Deputy Clerk

Copies furnished to:
Counsel of Record