UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLOS ORTIZ and VICTOR VALERIO,

        Plaintiffs,

v.                                                              Case No: 6:17-cv-1879-Orl-40DCI

SAMUEL METTERS and METTERS INDUSTRIES, INC. D/B/A METTERS, INC.,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Second Joint Motion for Approval of Settlement (Doc. 129), filed on July 22, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. 132), noting neither party has any objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 15, 2019 (Doc. 131), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Second Joint Motion for Approval of Settlement (Doc. 129) is **GRANTED**.

3. The case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on August 16, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties